NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-2837

THE STATE OF OHIO, APPELLEE, *v.* KEEFER, APPELLANT.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Keefer*, Slip Opinion No. 2020-Ohio-2837.]

*Court of appeals' judgment affirmed on the authority of* State v. Dibble.

(No. 2019-1208—Submitted April 29, 2020—Decided May 12, 2020.)

CERTIFIED by the Court of Appeals for Hocking County,

No. 19CA2, 2019-Ohio-2419.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Dibble*, __ Ohio St.3d __, 2020-Ohio-546, __ N.E.3d __.

KENNEDY, FRENCH, FISCHER, and DEWINE, JJ., concur.

O'CONNOR, C.J., and DONNELLY and STEWART, JJ., dissent and would order briefing.

_____

Gleeson Law Office and Timothy P. Gleeson, for appellant, Christopher Keefer.

_____